# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>2217 East Garfield Street, Phoenix, AZ 85006<br>(SEARCH LOCATION #3) | Case No. 23-3034 MB<br><br>(Filed Under Seal) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**2217 East Garfield Street, Phoenix, AZ 85006, further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before 1-22-23 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1-8-23 @ 8:48 p.m.     M Morrissey
                                                                     *Judge's signature*

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Michael T. Morrissey, U.S. Magistrate Judge</u>
                                                       *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 23-3034MB | Date and time warrant executed: 01/11/2023 6:00 am | Copy of warrant and inventory left with: Left at location |
| Inventory made in the presence of: HSI Phoenix Group Supervisor Nathan Winward | | |

Inventory of the property taken:

"0001 " US Currency
"0002 " US Currency
"0003 " US Currency
"0004 " GLOCK Model 19 Handgun (Serial #AGAR892)
"0005 " Magazine from GLOCK Handgun (Line Item 004)
"0006 " 9mm Ammo from GLOCK Handgun (Line Item 004)
"0007 " 40 Cal. Ammo (found inside safe in Room H)
"0008 " 9mm Ammo (found in Room G)
"0009 " Ammo (assorted) found in Room I
"0010 " 9mm Ammo (found inside safe in Room K)
"0011 " Metal Necklace
"0012 " i Phone (found in cereal box-Room C)
"0013 " i Phone (found in cereal box-Room C)
"0014 " i Phone (found on yellow bed-Room D)
"0015 " i Phone (found on yellow bed-Room D)
"0016 " i Phone (found on nightstand-Room G)
"0017 " Motorola Cell Phone (found on dresser-Room G)
"0018 " Samsung Cell Phone (found on nightstand-Room G)
"0019 " Cell Phone (found on sofa-Room A)
"0020 " Motorola Cell Phone (found on countertop-Room C)
"0021 " Lenovo Laptop (found on entertainment center-Room A)
"0022 " HP Laptop (found in Room I)
"0023 " HP Computer/Monitor (found in Room D)
"0024 " Misc. Docs. (found in Room I)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/24/2023

NATHAN H WINWARD
Digitally signed by NATHAN H WINWARD
Date: 2023.01.24 07:00:51 -07'00'

*Executing officer's signature*

Group Supervisor Nathan Winward
*Printed name and title*